435 A.2d 242

Commonwealth v. Cole, Appellant.

612

Submitted June 29, 1979.  Ronald F. O'Driscoll, Assistant Public Defender, for appellant; John J. Burfete, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.